**Order entered July 9, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

---

### No. 05-11-01229-CV

---

### TOMMY HAMILTON, Appellant

### V.

### ISABELLA BEZZERRA, Appellee

---

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-12635**

---

## ORDER

Before the Court are Tommy Hamilton's "Request and Motion for Court to Reconsider, Rehear and Reinstate Appellant's Case in this Very Important Matter" and "Motion and Request for a Response to Appellant's Motion for Reinstatement or Rehearing the Above Styled Cause."

We **DENY** Hamilton's motion for reconsideration, rehearing, and reinstatement. We **DENY** his motion for a response as moot.

/s/     JIM MOSELEY
           JUSTICE